**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1697

JEROME ANDREW BURNETT,

Plaintiff - Appellant,

v.

EDWARD A. GARMATZ, United States District Courthouse,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Adam B. Abelson, District Judge.  (1:25-cv-00501-ABA)

Submitted:  October 16, 2025                    Decided:  October 20, 2025

Before KING, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome Andrew Burnett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Andrew Burnett appeals the district court's orders (1) sua sponte dismissing his complaint alleging violation of his constitutional rights and various federal statutes, and denying as moot his motion to proceed in forma pauperis; and (2) denying reconsideration of the dismissal order.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders. *Burnett v. Garmatz*, No. 1:25-cv-00501-ABA (D. Md. May 16, 2025; June 9, 2025).  We deny Burnett's pending motions.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*